AO 442 (Rev. 10/03) Warrant for Arrest

837694

# UNITED STATES DISTRICT COURT

District of _____

| UNITED STATES OF AMERICA | **BENCH WARRANT FOR ARREST** |
|---|---|
| V. | |
| Mi Hye Kim | Case Number: 2:04-cr-00075-KJD-PAL-9 |

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  __Mi Hye Kim__
                                        Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  **X** Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with (brief description of offense)

failure to appear

in violation of Title _____ United States Code, Section(s) _____

LANCE S. WILSON
**CLERK**
*Lance S. Wilson*
(By) **DEPUTY CLERK**

December 3, 2013    Las Vegas, Nevada
DATE

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

Sitka, Alaska

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 11/03/2025 | Lt. J. Achee (Sitka Police) | G. Adrien (USMS) for J. Achee (Sitka PD) |